IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| SAUNDRA ANN FERRELL, | * |
| Petitioner, | * |
| VS. | * |
| UNITED STATES OF AMERICA, | * CASE NO. 4:00-CR-020 (CDL) |
| Respondent. | * |

O R D E R

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on January 23, 2008 is hereby approved, adopted, and made the Order of the Court.

The Court construes Petitioner's "Petition to Recharacterize 60(b)(2) Motion To Motion for Relief 60(b)(3) Fraud and Misconduct" (Doc. 104) as Petitioner's objections to the Magistrate Judge's Report and Recommendation. Having thoroughly considered those objections and arguments contained in the Petition, the Court finds them to be without merit. To the extent that Petitioner intends for her "Petition to Recharacterize" (Doc. 104) to be a new and separate motion, the Court denies that motion, finding that Petitioner's allegations in her Petition do not authorize her to get around the statutory restrictions on second and successive petitions.

IT IS SO ORDERED, this 13th day of March, 2008.

                                              S/Clay D. Land
                                                CLAY D. LAND
                              UNITED STATES DISTRICT JUDGE