```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE MIDDLE DISTRICT OF GEORGIA
                       COLUMBUS DIVISION

UNITED STATES OF AMERICA,        *

      Plaintiff,                 *

vs.                              *   CASE NO. 4:00-cr-20-CDL-MSH

SAUNDRA ANN FERRELL,             *

      Defendant.                 *
```

ORDER ON REPORT AND RECOMMENDATION

This matter is before the Court pursuant to a Report and Recommendation by the United States Magistrate Judge entered on September 16, 2013.  Neither party has filed an objection to this Recommendation as permitted by 28 U.S.C. § 636(b)(1), and therefore, the Court reviews the Recommendation for plain error. Finding no plain error or manifest injustice, the Court adopts the Recommendation of the Magistrate Judge and makes it the order of this Court.  To the extent that Defendant now seeks a Certificate of Appealability regarding this order, that motion is denied because she is not entitled to one.

IT IS SO ORDERED, this 16th day of October, 2013.

                                    s/Clay D. Land
                                    CLAY D. LAND
                                    UNITED STATES DISTRICT JUDGE